**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Bret CABBAGE, Defendant–Appellant.**

**No. 01–7226.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Bret Cabbage, pro se. Anthony Paul Giorno, Office of the United States Attorney, Roanoke, VA, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Bret Cabbage appeals the district court's order denying his motion filed un-

---

der 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Cabbage*, Nos. CR–99–17; CA–00–903–7 (W.D.Va. July 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*